FILED
2020 May-19 PM 04:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **KENNETH COX, ANTUWANE TATE,** *WILLIAM WHITLEY, BRANDON MCCOLLINS,* **and VALENTI ARMSTEAD,** *individually and on behalf of all other similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> **BIMBO BAKERIES USA INC** and **BIMBO FOODS BAKERIES DISTRIBUTION LLC,** <br><br> Defendants. | Case No.: 5:19-CV-00577-LCB |

## PLAINTIFFS' UNOPPOSED MOTION TO APPROVE SETTLEMENT AGREEMENT

Plaintiffs Kenneth Cox, Antuwane Tate, William Whitley, Brandon McCollins, And Valenti Armstead, individually and behalf of all others similarly situated, and Defendant Bimbo Bakeries USA Inc., and Bimbo Foods Bakeries Distribution, LLC (collectively "the Parties") have reached a proposed settlement of Plaintiffs' claims under the Fair Labor Standards Act. Additionally, the Parties have reached an agreement as to a number on Plaintiffs' attorneys' fees and costs.

The Parties respectfully request that the Court approve the proposed settlement because it was reached as a result of contested litigation, and is a fair and reasonable resolution of a *bona fide* dispute between the Parties. For these reasons, discussed more fully in the accompanying memorandum, Plaintiffs' Motion should be granted.

Respectfully submitted,

By: */s/J. Russ Bryant*
Gordon E. Jackson* (TN BPR #08323)
J. Russ Bryant* (TN BPR #33830)
Paula R. Jackson* (TN BPR #20149)
Robert E. Morelli III* (TN BPR #37004)
**JACKSON, SHIELDS, YEISER HOLT OWEN & BRYANT**
Attorneys at Law
262 German Oak Drive
Memphis, Tennessee 38018
T: (901) 754-8001
F: (901) 759-1745
E: gjackson@jsyc.com
rbryant@jsyc.com
pjackson@jsyc.com
rmorelli@jsyc.com

Kimberly E. Linville (ASB-7835-K33-P)
Larry B. Moore (ASB-4345-O74-L)
Ian Michael Berry (ASB-7372-A32-B)
MOORE, BERRY & LINVILLE
211 North Court Street
Florence, Alabama 35630
T: (256) 718-0120
F: (256) 718-0251
E: klinville@mblattorneys.com

        lbmoore@mblattorneys.com
        imberry@mblattorneys.com

        &amp;

Michael L. Weinman* (TN BPR #015074)
WEINMAN & ASSOCIATES
101 N. Highland Ave.
P.O. Box 266
Jackson, Tennessee 38302
T: 731-423-5565
F: 731-423-5372
E: mike@weinmanthomas.com

*Admission *Pro Hac Vice*

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

     I hereby certify that the foregoing document was filed electronically on this the 19th day of May, 2020. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt and below.  Parties may access this filing through the Court's electronic filing system.

        */s/J. Russ Bryant*