FILED
2020 Jun-09 PM 04:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| KENNETH COX, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BIMBO BAKERIES USA INC., and BIMBO FOODS BAKERIES DISTRIBUTION, LLC,<br><br>Defendants.<br>―――――――――――――――――<br><br>BIMBO FOODS BAKERIES DISTRIBUTION, LLC,<br><br>Third Party Plaintiff<br><br>v. | Case No.: 5:19-cv-0577-LCB |

KLC, INC.,

   Third Party Defendant.

### ORDER APPROVING SETTLEMENT AND DISMISSING CASE

Before the Court is the plaintiffs' unopposed motion for approval of the parties' settlement of this FLSA action. (Doc. 82). The plaintiffs also filed a brief in support of their motion (Doc. 83) and attached a copy of the settlement agreement. (Doc. 83-1). In reviewing a settlement of a private FLSA claim, the

Court must scrutinize the proposed settlement for fairness and determine whether the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982). The Court has reviewed the parties' settlement agreement and finds that it reflects a reasonable compromise over the issues in dispute. The Court also finds the attorneys' fees and costs to be reasonable. Accordingly, the plaintiffs' unopposed motion to approve the settlement agreement (Doc. 82) is **GRANTED** and this case is hereby **DISMISSED WITH PREJUDICE**.

 The Clerk is directed to close this case. Costs are taxed as paid.

 **DONE** and **ORDERED** June 9, 2020.

_____
 **LILES C. BURKE**
 UNITED STATES DISTRICT JUDGE